UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JULIO CURY, *et al.*, | * | Civil Action No.: 2:23-cv-00499 |
| Plaintiffs, | * | |
| v. | * | PROOF OF SERVICE |
| DEPARTMENT OF STATE, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*

Plaintiff attaches Proof of Service for Plaintiffs' Complaint. According to the United States Postal Service ("USPS") tracking system, summons have been delivered to Defendant Department of Homeland Security and the U.S. Attorney General. A representative of the U.S. Attorney for the Western District of Washington confirmed orally to the undersigned on 24 April that that office was served on 17 April. The undersigned has been unable to confirm official service of process on Defendant Department of State, but that agency's Freedom of Information Act office sent a letter to the undersigned on 6 April informing him that Appeal No. A-2023-00155—the subject of Count 1—was being closed due to "the ongoing litigation of this matter in federal court."

PROOF OF SERVICE (2:23-cv-00499-JLR)   1

National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908

1    Plaintiff provides the following legend connecting the tracking numbers in the attached

2    document to the respective addressees for the Court's convenience:

3    9507106659913095413344 – U.S. Attorney for the Western District of Washington

4    9507106659913095413405 – U.S. Attorney General

5    9507106659913095413368 – Department of Homeland Security

6    9507106659913095413382 – Department of State

7    Because the USPS has confirmed service of one defendant and the U.S. Attorney

8    General, the U.S. Attorney has orally confirmed service, and one defendant has taken official

9    action confirming knowledge of the complaint, Plaintiffs maintain that service was effected on

10   17 April 2023 pursuant to Federal Rule of Civil Procedure 12(a)(2).

11   Date:   April 24, 2023

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq., WSBA #60671
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9507106659913095413344

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

### Moving Through Network
**In Transit, Arriving Late**
April 21, 2023

### Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER
April 17, 2023, 7:22 am

See All Tracking History

**Text & Email Updates**     ⌄

| USPS Tracking Plus® | ˅ |
|---|---|

| Product Information | ˅ |
|---|---|

See Less ˄

**Tracking Number:** Remove ✕

# 9507106659913095413405

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:41 am on April 12, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®



Feedback

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 12, 2023, 5:41 am

See All Tracking History

See More ˅

**Tracking Number:** Remove ✕

# 9507106659913095413368

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:35 am on April 10, 2023 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
April 10, 2023, 6:35 am

See All Tracking History

See More ∨

Remove ✕

**Tracking Number:**

# 9507106659913095413382

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

- Delivered
- Out for Delivery
- Preparing for Delivery

### Moving Through Network
**In Transit, Arriving Late**
April 11, 2023

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
April 7, 2023, 12:19 pm

See All Tracking History

See More ∨