District Judge James L Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO CURY and TAKAO YAMADA, | Case No. 2:23-cv-00499-JLR |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| DEPARTMENT OF STATE, and DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

TO:   CLERK OF THE ABOVE-ENTITLED COURT; and

TO:   All Parties of Record

PLEASE TAKE NOTICE that Defendants United States Department of State and United States Department of Homeland Security, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enter their notice of appearance by Nickolas Bohl, Assistant United States Attorney in the above-entitled matter.

You are advised that service of all further pleadings, notice, documents, or other papers herein, exclusive of original process, may be made upon said Defendants by serving the undersigned attorney at the address stated below.

NOTICE OF APPEARANCE
2:23-cv-00499-JLR - 1

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

1   DATED this 17th day of May, 2023.

2   Respectfully submitted,

3   NICHOLAS W. BROWN
United States Attorney

4

5   *s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorney
6   United States Attorney's Office
700 Stewart Street, Suite 5220
7   Seattle, Washington 98101-1271
Phone:  206-553-7970
8   Fax:  206-553-4067
Email:  nickolas.bohl@usdoj.gov

NOTICE OF APPEARANCE
2:23-cv-00499-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970