District Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JULIO CURY and TAKAO YAMADA, | Case No. 2:23-cv-00499-JLR |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| DEPARTMENT OF STATE, and DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants United States Department of State and United States Department of Homeland Security, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enter their notice of appearance by Katie D. Fairchild, Assistant United States Attorney in the above-entitled matter.

You are advised that service of all further pleadings, notice, documents, or other papers herein, exclusive of original process, may be made upon said Defendants by serving the undersigned attorney at the address stated below.

//

NOTICE OF APPEARANCE
2:23-cv-00499-JLR – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 25th day of April 2024.

2                                            Respectfully submitted,

3                                            TESSA M. GORMAN
                                             United States Attorney

4
                                             *s/ Katie D. Fairchild*
5                                            KATIE D. FAIRCHILD, WSBA #47712
                                             Assistant United States Attorney
6                                            United States Attorney's Office
                                             Western District of Washington
7                                            700 Stewart Street, Suite 5220
                                             Seattle, Washington 98101-1271
8                                            Phone: 206-553-7970
                                             Fax:    206-553-4073
9                                            Email: katie.fairchild@usdoj.gov

10                                           *Attorneys for Defendants*