District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO CURY and TAKAO YAMADA,<br><br>                       Plaintiffs,<br><br>      v.<br><br>DEPARTMENT OF STATE, and<br>DEPARTMENT OF HOMELAND SECURITY,<br><br>                       Defendants. | Case No. 2:23-cv-00499-JLR<br><br>THIRD SUPPLEMENTAL<br>JOINT STATUS REPORT |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (Dkt. 12), the parties submit this Joint Status Report.

The parties have continued to work in good faith and have narrowed several issues, including agreeing that Counts 4 and 5 are now resolved and are no longer in need of Court resolution. Plaintiffs have raised some additional concerns and Defendants are looking into those concerns to see if the parties may resolve them without motions practice. Based on the ongoing efforts, the parties believe additional issues may be narrowed before briefing, thereby conserving Court and party resources for motions practice. The timing for potential summary judgment briefing for any remaining issues will depend on the results of current ongoing

THIRD SUPPLEMENTAL JOINT STATUS REPORT
2:23-cv-00499-JLR – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

resolution efforts. Thus, the parties propose to file an additional Joint Status Report on or before May 27, 2024, that updates the Court on the parties' efforts and provides a summary judgment briefing schedule, as needed for any remaining issues.

DATED this 25th day of April 2024.

Respectfully submitted,

NATIONAL SECURITY COUNSELORS

*s/ Kel McClanahan*
KEL MCCLANAHAN, WSBA #60671
4702 Levada Terrace
Rockville, MD 20853
Phone: 301-728-5908
Fax:    240-681-2189
Email: kel@nationalsecuritylaw.org

*Attorney for Plaintiffs*

TESSA M. GORMAN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA #48978

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: nickolas.bohl@usdoj.gov
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

THIRD SUPPLEMENTAL JOINT STATUS REPORT
2:23-cv-00499-JLR – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970