District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO CURY and TAKAO YAMADA, | Case No. 2:23-cv-00499-JLR |
| Plaintiffs, | FOURTH SUPPLEMENTAL JOINT STATUS REPORT |
| v. | |
| DEPARTMENT OF STATE, and DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report to update the Court on its ongoing meet and confer efforts.  Since the parties previous Joint Status Report (Dkt. 14), State has worked on addressing questions and issues raised by Plaintiffs and the parties have narrowed the issues regarding CBP's redactions. Additional documents are under review for potential release to Plaintiffs.

The parties believe they can continue to narrow several issues, thereby minimizing the need for Court and party resources in any substantive briefing.  In order to allow the parties to

FOURTH SUPPLEMENTAL JOINT STATUS REPORT
2:23-cv-00499-JLR – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

resolve as many issues as possible, the parties propose the below deadline that will allow additional time for the parties to meet and confer.

Thus, the parties propose the following schedule:

1. The parties will continue to meet and confer, and Plaintiffs will identify any issues Plaintiffs believes are in need of Court resolution by email to Defendants on or before July 26, 2024.
2. Defendants will file their opening summary judgment brief on any identified issues on or before August 16, 2024;
3. Plaintiffs will file their opposition and cross-motion, if any, on or before September 6, 2024;
4. Defendants will file their reply and opposition to any cross-motion, if any, on or before September 27, 2024;
5. and Plaintiffs will file their reply in support of their cross-motion, if any, on or before October 11, 2024.

//

//

//

//

FOURTH SUPPLEMENTAL JOINT STATUS REPORT
2:23-cv-00499-JLR – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 13th day of June 2024.

Respectfully submitted,

NATIONAL SECURITY COUNSELORS

*s/ Kel McClanahan*
KEL MCCLANAHAN, WSBA #60671
4702 Levada Terrace
Rockville, MD 20853
Phone: 301-728-5908
Fax:     240-681-2189
Email: kel@nationalsecuritylaw.org

*Attorney for Plaintiffs*


TESSA M. GORMAN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA  No. 47712
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:     206-553-4073
Email: nickolas.bohl@usdoj.gov
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

FOURTH SUPPLEMENTAL JOINT STATUS REPORT
2:23-cv-00499-JLR – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970