UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO CURY, et al., | CASE NO. C23-0499JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On June 13, 2024, the parties filed a status report advising that they are in discussions to narrow the issues in this case.  (6/13/24 Rep. (Dkt. # 15).)  In the report, they jointly propose a schedule to meet and confer and to thereafter file their forthcoming summary judgment motions and related briefing, if necessary.  (*See generally id.*)  The court hereby ADOPTS the schedule proposed by the parties, who are ORDERED to

MINUTE ORDER - 1

adhere to the deadlines set forth in the June 13, 2024 status report.  In the event the parties resolve this case without the need for dispositive motions, they shall promptly inform the court by filing a notice of settlement on the docket.

Filed and entered this 17th day of June, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2