District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO CURY and TAKAO YAMADA,<br><br>                                    Plaintiffs,<br><br>            v.<br><br>DEPARTMENT OF STATE, and DEPARTMENT OF HOMELAND SECURITY,<br><br>                                    Defendants. | Case No. 2:23-cv-00499-JLR<br><br>STIPULATION FOR AN EXTENSION OF TIME<br><br>Noted for Consideration:<br>August 1, 2024 |

The Parties have continued to meet and confer to narrow issues.  In particular, Plaintiffs have agreed not to litigate the propriety of certain Customs and Border Protection (CBP) withholdings and the State Department (State) has provided additional information and reprocessed certain documents.  Further, State has assigned new agency counsel to this matter and thus it took longer than originally anticipated to respond to some of Plaintiffs' inquiries.  Because of the ongoing efforts, the parties stipulate and agree to an approximately 40-day extension to the current briefing schedule.  The parties submit that there is good cause for this extension based on their ongoing efforts and likelihood that they can further reduce the issues in dispute.  The potentially fewer issues in dispute will save the Court time and resources.

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Thus, the parties stipulate to and propose the following schedule:

1. The parties will continue to meet and confer, and Plaintiffs will identify any issues Plaintiffs believes are in need of Court resolution by email to Defendants on or before September 6, 2024.

2. Defendants will file their opening summary judgment brief on any identified issues on or before September 27, 2024;

3. Plaintiffs will file their opposition and cross-motion, if any, on or before October 21, 2024;

4. Defendants will file their reply and opposition to any cross-motion, if any, on or before November 12, 2024;

5. and Plaintiffs will file their reply in support of their cross-motion, if any, on or before November 22, 2024.

DATED this 1st day of August, 2024.

Respectfully submitted,

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS | TESSA M. GORMAN<br>United States Attorney |
| *s/ Kel McClanahan*<br>KEL MCCLANAHAN, WSBA No. 60671<br>4702 Levada Terrace<br>Rockville, MD 20853<br>Phone:   301-728-5908<br>Fax:        240-681-2189<br>Email:    kel@nationalsecuritylaw.org<br><br>*Attorney for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br><br>*s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA  No. 47712<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart St., Ste. 5220, Seattle, WA 98101<br>Phone: 206-553-7970 / Fax:   206-553-4073<br>Email: nickolas.bohl@usdoj.gov<br>           katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 395 words, in compliance with the Local Civil Rules. |

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

It is so ORDERED.

Dated this   2nd   day of   August  , 2024.

*[signature]*

JAMES L. ROBART
United States District Judge

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970