District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO CURY and TAKAO YAMADA, | Case No. 2:23-cv-00499-JLR |
| Plaintiffs, | STIPULATION FOR AN EXTENSION OF TIME |
| v. | |
| DEPARTMENT OF STATE, and DEPARTMENT OF HOMELAND SECURITY, | Noted for Consideration: September 18, 2024 |
| Defendants. | |

Due to some confusion with Plaintiff's identification of issues to be litigated, the Parties continued to meet and confer after the September 6, 2024 deadline. The full set of issues to be litigated is now understood by all parties. While some of these issues may still be resolved short of litigation, the parties will need to file summary judgment briefs. In light of the delay, however, the parties have agreed to extend the earlier proposed briefing schedule by two weeks.

Thus, the parties stipulate to and propose the following schedule:

1. Defendants will file their opening summary judgment brief on any identified issues on or before October 11, 2024;

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Plaintiffs will file their opposition and cross-motion, if any, on or before November 8, 2024;

3. Defendants will file their reply and opposition to any cross-motion, if any, on or before November 29, 2024;

4. and Plaintiffs will file their reply in support of their cross-motion, if any, on or before December 10, 2024.

DATED this 18th day of September, 2024.

Respectfully submitted,

| NATIONAL SECURITY COUNSELORS | TESSA M. GORMAN<br>United States Attorney |
|---|---|
| *s/ Kel McClanahan*<br>KEL MCCLANAHAN, WSBA No. 60671<br>4702 Levada Terrace<br>Rockville, MD 20853<br>Phone:   301-728-5908<br>Fax:        240-681-2189<br>Email:    kel@nationalsecuritylaw.org<br><br>*Attorney for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br><br>*s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA  No. 47712<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:     206-553-4073<br>Email:  nickolas.bohl@usdoj.gov<br>            katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 164 words, in compliance with the Local Civil Rules. |

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

It is so ORDERED.

Dated this _____ day of _____, 2024.

_____
JAMES L. ROBART
United States District Judge

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970