District Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JULIO CURY and TAKAO YAMADA, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-00499-JLR <br><br> ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> **[PROPOSED]** |

The Court, having reviewed the pleadings and materials in the case, it is hereby ORDERED that:

Defendant's Motion for Summary Judgment is GRANTED. All claims against Defendant are dismissed with prejudice.

DATED this _____ day of _____, 2024.

_____
JAMES L. ROBART
United States District Judge

ORDER GRANING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT [PROPOSED]
[Case No. 2:23-cv-00499-JLR] – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 Presented by:

2 TESSA M. GORMAN
United States Attorney

3
*s/ Nickolas Bohl*
4 NICKOLAS BOHL, WSBA No. 48978

5 *s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA  No. 47712
6 Assistant United States Attorneys
United States Attorney's Office
7 Western District of Washington
700 Stewart Street, Suite 5220
8 Seattle, Washington 98101-1271
Phone: 206-553-7970
9 Fax:    206-553-4073
Email: nickolas.bohl@usdoj.gov
10            katie.fairchild@usdoj.gov

11 *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT [PROPOSED]
[Case No. 2:23-cv-00499-JLR] – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970