# Exhibit 1

**UNCLASSIFIED // For Official Use Only**

## CURY DAVID JULIO 
10/31/2003 19:52:00 EST
Air / Sea Baggage Secondary Inspection (b)(7)(E)



### Subject

Last Name:        CURY DAVID
First Name:       JULIO
Gender:           Male (M)
Race:             White (W)
Date of Birth:    PII /1968
Hispanic:         HISPANIC OR LATINO ORIGIN (Y)

### Crossing Information

Location Port:        MIAMI INTL ARPT (5206)
Location Site:        CBP-MIAMI, AIRPORT N TERMINAL (A520)
Inbound / Outbound:   Inbound
Port Crossing Date:   10/31/2003 19:52:00 EST

Embarkation Port:     LAS AMERICAS (SDQ)
Departure Port:       LAS AMERICAS (SDQ)
Airline:              LAN ARGENTINA (4M)
Carrier Trip:         4M_694
TECS ID:              (b)(7)(E)

### Referral / Inspection Information

Agency Referral:
Referral Officer:        (b)(7)(E)
Referred By:             (b)(6); (b)(7)(C)
Referral Reason:
Referral Comment:        (b)(7)(E)

Secondary Officer:       (b)(6); (b)(7)(C)
Inspection Completion:   Yes
Inspection Disposition:  Complete
Inspection Result:       Negative

### Miscellaneous Info

Personnel Search:              No
Bag Exam:                      Yes
Flight Vessel Crew:            No
Passenger On Declare Number:   1

### Remarks

PAX IS TRAVELING WITH HIS WIFE, GOING TO ORLANDO.          CHECK BAGS/NEG.

### Travel

CBP-MIAMI, AIRPORT
N TERMINAL (A520)

**UNCLASSIFIED // For Official Use Only**

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 1 of 37

UNCLASSIFIED // For Official Use Only

**CURY JULIO** (b)(7)(E)
06/25/2004 12:18:00 EDT
Air / Sea Baggage Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Subject

| | |
|---|---|
| Last Name: | CURY |
| First Name: | JULIO |
| Gender: | Male (M) |
| Race: | White (W) |
| Date of Birth: | PII 1968 |
| Hispanic: | HISPANIC OR LATINO ORIGIN (Y) |

## Crossing Information

| | |
|---|---|
| Location Port: | FT LAUDERDALE INTERNATIONAL AIRPORT (5210) |
| Location Site: | CBP-FT LAUDERDALE, INTL APT T4 (A522) |
| Inbound / Outbound: | Inbound |
| Port Crossing Date: | 06/25/2004 12:18:00 EDT |
| Embarkation Port: | LAS AMERICAS (SDQ) |
| Departure Port: | LAS AMERICAS (SDQ) |
| Airline: | AMERICAN AIRLINES (AA) |
| Carrier Trip: | AA 846 |
| TECS ID: | (b)(7)(E) |

## Referral / Inspection Information

| | |
|---|---|
| Agency Referral: | (b)(7)(E) |
| Referral Officer: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Referral Reason: | (b)(7)(E) |
| Referral Comment: | |
| Secondary Officer: | (b)(6); (b)(7)(C) |
| Inspection Completion: | Yes |
| Inspection Disposition: | Complete |
| Inspection Result: | Negative |

## Miscellaneous Info

| | | | |
|---|---|---|---|
| Category I: | (b)(7)(E) | Personnel Search: | No |
| Category II: | | Bag Exam: | Yes |
| | | Bags X-rayed: | 00 |
| | | Flight Vessel Crew: | No |
| | | Passenger On Declare Number: | 1 |

## Remarks

PAX ON A 7 DAY VISIT TO SEE FATHER IN LAW SICK WITH CANCER. BAUGHT PLANE TICKET 1 DAY AGO SINCE FATHER IN LAW WAS GETTING WORSE. PAX IS LAWYER LIVING IN DR.  NEG ON BAG SEARCH

## Travel

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 2 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO** (b)(7)(E)
05/16/2007 09:36:00 EDT
Air / Sea Baggage Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Subject

Last Name: CURY DAVID
First Name: JULIO
Gender: Male (M)
Race: White (W)
Date of Birth: PII /1968
Hispanic: HISPANIC OR LATINO ORIGIN (Y)

## Crossing Information

Location Port: MIAMI INTL ARPT (5206)
Location Site: CBP-MIAMI, AIRPORT N TERMINAL (A520)
Inbound / Outbound: Inbound
Port Crossing Date: 05/16/2007 09:36:00 EDT

Embarkation Port: LAS AMERICAS (SDQ)
Departure Port: LAS AMERICAS (SDQ)
Airline: AMERICAN AIRLINES (AA)
Carrier Trip: AA 432
TECS ID: (b)(7)(E)

## Passenger Document

Document Type: PASSPORT (P)
Issue Country: Dominican Republic (DO/DOM)
Document Number: 3711043

## Referral / Inspection Information

Agency Referral:
Referral Officer: (b)(7)(E)
Referred By: (b)(6); (b)(7)(C)
Referral Reason:
Referral Comment: (b)(7)(E)
Secondary Officer: (b)(6); (b)(7)(C)
Inspection Completion: Yes
Inspection Disposition: Complete
Inspection Result: Negative

## Miscellaneous Info

Consolidated Consular Database (b)(7)(E)
Used:
(b)(7)(E)

Personnel Search: No
Bag Exam: Yes
Flight Vessel Crew: No
Passenger On Declare Number: 1

## Remarks

LAWYER FROM DOM.REP.COMING FOR 4 DAYS VACATION,RELEASED W/O INCIDENT.

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 3 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO** (b)(7)(E)
09/19/2010 12:25:00 EDT
Air / Sea Baggage Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Subject

| | |
|---|---|
| Last Name: | CURY DAVID |
| First Name: | JULIO |
| Gender: | Male (M) |
| Race: | White (W) |
| Date of Birth: | PII 1968 |
| Hispanic: | HISPANIC OR LATINO ORIGIN (Y) |

## Crossing Information

| | |
|---|---|
| Location Port: | ORLANDO (1808) |
| Location Site: | CBP-ORLANDO, INTL AP AIRSIDE 4 (A182) |
| Inbound / Outbound: | Inbound |
| Port Crossing Date: | 09/19/2010 12:25:00 EDT |
| Embarkation Port: | LAS AMERICAS (SDQ) |
| Departure Port: | LAS AMERICAS (SDQ) |
| Airline: | JETBLUE AIRWAYS (B6) |
| Carrier Trip: | B6_1718 |
| TECS ID: | (b)(7)(E) |

## Passenger Document

| | |
|---|---|
| Document Type: | REFUGEE RE-ENTRY PERMIT (PR) |
| Issue Country: | Dominican Republic (DO/DOM) |
| Document Number: | SC5600546 |
| Other Document Number: | 00100618727 |

## Referral / Inspection Information

| | |
|---|---|
| Agency Referral: | (b)(7)(E) |
| Referral Officer: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Referral Reason: | (b)(7)(E) |
| Referral Comment: | |
| Secondary Officer: | (b)(6); (b)(7)(C) |
| Inspection Completion: | Yes |
| Inspection Disposition: | Complete |
| Inspection Result: | Negative |

## Miscellaneous Info

| | | | |
|---|---|---|---|
| Consolidated Consular Database Used: | (b)(7)(E) | Personnel Search: | No |
| (b)(7)(E) | | Bag Exam: | Yes |
| | | Bags X-rayed: | 02 |
| | | Flight Vessel Crew: | No |
| | | Passenger On Declare Number: | 1 |

## Remarks

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 4 of 37

UNCLASSIFIED // For Official Use Only

SUBJECT ARRIVING FROM SANTO DOMINGO, DOMINICAN REPUBLIC TO VISIT SISTER IN LAW WHO IS GETTING
TREATMENT FOR CANCER AT THE MEMORIAL CATHERINE CENTER HOSPITAL  IN NEW YORK. SUBJECT IN POSSESSION OF
APPROXIMATELY USD 2000,00. SUBJECT IS A  LAWYER IN THE DOMINICAN REPUBLIC AND HAS LAW FIRM NAMED
JOTTIN CURRY.    WWW.JOTTINCURY.COM  SUBJECT'S TWO BAGS EXAMINED WITH NEGATIVE RESULTS. SUBJECT
ALLOWED TO PROCEED WITHOUT INCIDENTS.

Travel

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 5 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO** (b)(7)(E)
11/26/2010 10:04:00 EST
Air / Sea Baggage Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Subject

Last Name:          CURY DAVID
First Name:         JULIO
Gender:             Male (M)
Race:               White (W)
Date of Birth:      PII  /1968
Hispanic:           HISPANIC OR LATINO ORIGIN (Y)

## Crossing Information

Location Port:      ORLANDO (1808)
Location Site:      CBP-ORLANDO, INTL AP AIRSIDE 4 (A182)
Inbound / Outbound: Inbound
Port Crossing Date: 11/26/2010 10:04:00 EST

Embarkation Port:   LAS AMERICAS (SDQ)
Departure Port:     LAS AMERICAS (SDQ)
Airline:            JETBLUE AIRWAYS (B6)
Carrier Trip:       B6_1718
TECS ID:            (b)(7)(E)

## Passenger Document

Document Type:      PASSPORT (P)
Issue Country:      Dominican Republic (DO/DOM)
Document Number:    SC5600546

## Referral / Inspection Information

Agency Referral:
Referral Officer:   (b)(7)(E)
Referred By:        (b)(6); (b)(7)(C)
Referral Reason:
Referral Comment:   (b)(7)(E)

Secondary Officer:  (b)(6); (b)(7)(C)
Inspection Completion:   Yes
Inspection Disposition:  Complete
Inspection Result:       Negative

## Miscellaneous Info

Consolidated Consular Database   (b)(7)(E)
Used:
(b)(7)(E)

Personnel Search:            No
Bag Exam:                    Yes
Bags X-rayed:                05
Flight Vessel Crew:          No
Passenger On Declare Number: 3

## Remarks

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 6 of 37

UNCLASSIFIED // For Official Use Only

NEGATIVE EXAM. (b)(7)(E)

Travel

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 7 of 37

**UNCLASSIFIED // For Official Use Only**

**CURY JULIO** (QW023386463C52)
02/04/2011 22:38:00 EST
Air / Sea Baggage Secondary Inspection (b)(7)(E)



## Subject

| | |
|---|---|
| Last Name: | CURY |
| First Name: | JULIO |
| Gender: | Male (M) |
| Date of Birth: | PII /1968 |
| Hispanic: | HISPANIC OR LATINO ORIGIN (Y) |

## Crossing Information

| | |
|---|---|
| Location Port: | MIAMI INTL ARPT (5206) |
| Location Site: | CBP-MIAMI, AIRPORT CNTRL TERML (A524) |
| Inbound / Outbound: | Inbound |
| Port Crossing Date: | 02/04/2011 22:38:00 EST |
| Embarkation Port: | LA UNION (POP) |
| Departure Port: | LA UNION (POP) |
| Airline: | AMERICAN AIRLINES (AA) |
| Carrier Trip: | AA 778 |
| TECS ID: | (b)(7)(E) |

## Referral / Inspection Information

| | |
|---|---|
| Agency Referral: | (b)(7)(E) |
| Referral Officer: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Referral Reason: | (b)(7)(E) |
| Referral Comment: | |
| Secondary Officer: | (b)(6); (b)(7)(C) |
| Inspection Completion: | Yes |
| Inspection Disposition: | Complete |
| Inspection Result: | Negative |

## Miscellaneous Info

| | | | |
|---|---|---|---|
| Consolidated Consular Database Used: | (b)(7)(E) | Personnel Search: | No |
| | | Bag Exam: | Yes |
| | | Bags X-rayed: | 00 |
| | | Flight Vessel Crew: | No |
| | | Passenger On Declare Number: | 2 |

## Remarks

PAX ON VACATION WITH WIFE FOR 1 WEEK, TOGETHER THEY ARE DECLARING $3,500 USD   PAX IS A LAWYER.
BINDING DEC TAKEN, BAG SEARCH NEG. PAX RELEASED WITHOUT    FURTHER INCIDENT

## Travel

**UNCLASSIFIED // For Official Use Only**

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 8 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO** (b)(7)(E)

02/04/2011 18:22:00 EST

Air / Sea Baggage Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Subject

| | |
|---|---|
| Last Name: | CURY DAVID |
| First Name: | JULIO |
| Gender: | Male (M) |
| Date of Birth: | PII 1968 |
| Hispanic: | HISPANIC OR LATINO ORIGIN (Y) |

## Crossing Information

| | |
|---|---|
| Location Port: | MIAMI INTL ARPT (5206) |
| Location Site: | CBP-MIAMI, AIRPORT CNTRL TERML (A524) |
| Inbound / Outbound: | Inbound |
| Port Crossing Date: | 02/04/2011 18:22:00 EST |
| Embarkation Port: | LA UNION (POP) |
| Departure Port: | LA UNION (POP) |
| Airline: | AMERICAN AIRLINES (AA) |
| Carrier Trip: | AA 778 |
| TECS ID: | (b)(7)(E) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Issue Country: | Dominican Republic (DO/DOM) |
| Document Number: | SC5600546 |

## Referral / Inspection Information

| | |
|---|---|
| Agency Referral: | (b)(7)(E) |
| Referral Officer: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Referral Reason: | (b)(7)(E) |
| Referral Comment: | |
| Secondary Officer: | (b)(6); (b)(7)(C) |
| Inspection Completion: | Yes |
| Inspection Disposition: | Complete |
| Inspection Result: | Negative |

## Miscellaneous Info

| | | | |
|---|---|---|---|
| Consolidated Consular Database Used: | (b)(7)(E) | Personnel Search: | No |
| (b)(7)(E) | | Bag Exam: | Yes |
| | | Bags X-rayed: | 00 |
| | | Flight Vessel Crew: | No |
| | | Passenger On Declare Number: | 1 |

## Remarks

PAX ON VACATION WITH WIFE FOR 1 WEEK, TOGETHER THEY ARE DECLARING $3,500 USD    PAX IS A LAWYER.
BINDING DEC TAKEN, BAG SEARCH NEG.  PAX RELEASED WITHOUT    FURTHER INCIDENT

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 9 of 37

UNCLASSIFIED // ~~For Official Use Only~~

**CURY JULIO** (b)(7)(E)
03/09/2011 21:04:00 EST
Air / Sea Baggage Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Subject

| | |
|---|---|
| Last Name: | CURY |
| First Name: | JULIO |
| Gender: | Male (M) |
| Race: | White (W) |
| Date of Birth: | PII /1968 |
| Hispanic: | HISPANIC OR LATINO ORIGIN (Y) |

## Crossing Information

| | |
|---|---|
| Location Port: | MIAMI INTL ARPT (5206) |
| Location Site: | CBP-MIAMI, AIRPORT CNTRL TERML (A524) |
| Inbound / Outbound: | Inbound |
| Port Crossing Date: | 03/09/2011 21:04:00 EST |
| Embarkation Port: | LAS AMERICAS (SDQ) |
| Departure Port: | LAS AMERICAS (SDQ) |
| Airline: | AMERICAN AIRLINES (AA) |
| Carrier Trip: | AA 778 |
| TECS ID: | (b)(7)(E) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Issue Country: | Dominican Republic (DO/DOM) |
| Document Number: | 1575647 |

## Referral / Inspection Information

| | |
|---|---|
| Agency Referral: | (b)(7)(E) |
| Referral Officer: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Referral Reason: | (b)(7)(E) |
| Referral Comment: | |
| Secondary Officer: | (b)(6); (b)(7)(C) |
| Inspection Completion: | Yes |
| Inspection Disposition: | Complete |
| Inspection Result: | Negative |

## Miscellaneous Info

| | | | |
|---|---|---|---|
| Consolidated Consular Database Used: | (b)(7)(E) | Personnel Search: | No |
| (b)(7)(E) | | Bag Exam: | Yes |
| | | Bags X-rayed: | 00 |
| | | Flight Vessel Crew: | No |
| | | Passenger On Declare Number: | 2 |

## Remarks

UNCLASSIFIED // ~~For Official Use Only~~

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 10 of 37

UNCLASSIFIED // For Official Use Only

SUBJECT IS SPENDING 6 DAYS WITH HIS WIFE/ THEY PLAN ON ATTENDING THE DORAL GOLF TOURNAMENT/ SUBJECT WORRKS AS A LAWYER IN THE DOM REP/ 2 BAGS WHEREEXAIMED WITH NEG RESULTS

Travel

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 11 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO MIGUEL** (b)(7)(E)
03/09/2011 19:02:10 EST
Air / Sea Baggage Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Subject

Last Name:              CURY DAVID
First Name:             JULIO MIGUEL
Gender:                 Male (M)
Race:                   White (W)
Date of Birth:          PII /1968
Hispanic:               HISPANIC OR LATINO ORIGIN (Y)

## Crossing Information

Location Port:          MIAMI INTL ARPT (5206)
Location Site:          CBP-MIAMI, AIRPORT CNTRL TERML (A524)
Port Crossing Date:     03/09/2011 19:02:10 EST

Airline:                AMERICAN AIRLINES (AA)
Carrier Trip:           AA 778
TECS ID:                (b)(7)(E)

## Passenger Document

Document Type:          REFUGEE RE-ENTRY PERMIT (PR)
Issue Country:          Dominican Republic (DO/DOM)
Document Number:        SC5600546
Other Document Number:  00100618727

## Referral / Inspection Information

Agency Referral:        (b)(7)(E)
Referred By:            (b)(6); (b)(7)(C)
Referral Reason:        (b)(7)(E)
Referral Comment:

Secondary Officer:      (b)(6); (b)(7)(C)
Inspection Completion:  Yes

## Miscellaneous Info

(b)(7)(E)

## Remarks

NEW COMMENTS:   NO EXAM CONDUCTED   COMMENTS HISTORY:

## Travel



UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 12 of 37

**UNCLASSIFIED // For Official Use Only**

**CURY JULIO** (b)(7)(E)
03/24/2005 18:15:00 EST
Admissibility Secondary Inspection (b)(7)(E)



## Crossing Information

| | |
|---|---|
| Site: | CBP-MIAMI, AIRPORT CNTRL TERML (A524) |
| Disposition: | Temporary Visitor For Pleasure (B2) |
| Port Crossing Date: | 03/24/2005 18:15:00 EST |
| Referred Date: | 03/24/2005 18:17:58 EST |
| TECS ID: | (b)(7)(E) |
| Airline: | AMERICAN AIRLINES (AA) |
| Carrier Trip: | AA 882 |

## Subject

| | |
|---|---|
| Last Name: | CURY |
| First Name: | JULIO |
| Date of Birth: | PII /1968 |
| Citizenship: | Dominican Republic (DO/DOM) |
| Gender: | Male (M) |

## Passenger Document

| | |
|---|---|
| Document Type: | VISA (V) |
| Document Issue Country: | Dominican Republic (DO/DOM) |
| Document Number: | 0469928 |

## Referral/Vehicle Information

| | |
|---|---|
| Referred From: | |
| Referral Reason: | (b)(7)(E) |
| Referred By: | |
| Secondary Officer: | (b)(6); (b)(7)(C) |

## Miscellaneous Info

| | |
|---|---|
| Admissibility Until Date: | 09/23/2005 |
| (b)(7)(E) | |
| Type Association: | Document Type |

## Remarks

(b)(7)(E)                SUBJECT IS A FREQUENT TRAVELER COMING  TO THE UNITED STATES FOR ONE
WEEK VACATION, SUBJECT IS A LAWYER IN THE DOMINICAN REP,  NO GROUND FOR INADMISSIBILITY. SUBJECT
ADMITTED AS A B2.

## Port Location



**UNCLASSIFIED // For Official Use Only**

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 13 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO** (b)(7)(E)
09/19/2010 12:13:00 EDT
Admissibility Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Crossing Information

| | |
|---|---|
| Site: | CBP-ORLANDO, INTL AP AIRSIDE 4 (A182) |
| Disposition: | Temporary Visitor For Pleasure (B2) |
| Port Crossing Date: | 09/19/2010 12:13:00 EDT |
| Referred Date: | 09/19/2010 12:13:00 EDT |
| TECS ID: | (b)(7)(E) |
| Airline: | JETBLUE AIRWAYS (B6) |
| Carrier Trip: | B6_1718 |

## Subject

| | |
|---|---|
| Last Name: | CURY_DAVID |
| First Name: | JULIO |
| Date of Birth: | PII /1968 |
| Citizenship: | Dominican Republic (DO/DOM) |
| Gender: | Male (M) |

## Passenger Document

| | |
|---|---|
| Document Presented: | Yes |
| Document Type: | PASSPORT (P) |
| Document Issue Country: | Dominican Republic (DO/DOM) |
| Document Number: | SC5600546 |

## Referral/Vehicle Information

| | |
|---|---|
| Referred From: | (b)(7)(E) |
| Referral Reason: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Secondary Officer: | |

## Miscellaneous Info

| | |
|---|---|
| Admissibility Until Date: | 03/18/2011 |
| Consolidated Consular Database Used: | (b)(7)(E) |
| | (b)(7)(E) |
| Type Association: | Document Type |

## Remarks

REFERRED TWICE TO SECONDARY. (b)(7)(E)
REFERRED TWICE TO SECONDARY.

## Port Location



CBP-ORLANDO, INTL

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 14 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO** (b)(7)(E)
09/19/2010 12:25:00 EDT
Admissibility Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Crossing Information

| | |
|---|---|
| Site: | CBP-ORLANDO, INTL AP AIRSIDE 4 (A182) |
| Disposition: | Temporary Visitor For Pleasure (B2) |
| Port Crossing Date: | 09/19/2010 12:25:00 EDT |
| Referred Date: | 09/19/2010 12:25:47 EDT |
| TECS ID: | (b)(7)(E) |
| Airline: | JETBLUE AIRWAYS (B6) |
| Carrier Trip: | B6 1718 |

## Subject

| | |
|---|---|
| Last Name: | CURY DAVID |
| First Name: | JULIO |
| Date of Birth: | PII 1968 |
| Citizenship: | Dominican Republic (DO/DOM) |
| Gender: | Male (M) |

## Passenger Document

| | |
|---|---|
| Document Presented: | Yes |
| Document Type: | REFUGEE RE-ENTRY PERMIT (PR) |
| Document Issue Country: | Dominican Republic (DO/DOM) |
| Document Number: | SC5600546 |
| Other Document Number: | 00100618727 |

## Referral/Vehicle Information

| | |
|---|---|
| Referred From: | (b)(7)(E) |
| Referral: | |
| Referral Reason: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Secondary Officer: | |

## Miscellaneous Info

| | |
|---|---|
| Admissibility Until Date: | 03/18/2011 |
| Consolidated Consular Database Used: | (b)(7)(E) |
| | (b)(7)(E) |
| Type Association: | Document Type |

## Remarks

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 15 of 37

UNCLASSIFIED // For Official Use Only

(b)(7)(E)                              SUBJ. STATED HE IS HERE TO VISIT HIS BROTHER ANDHIS SISTER-IN-LAW/
STATED HIS SISTER-IN-LAW IS TERMINALLY ILL W/ CANCER AND IS BEING TREATED AT CATHERINE MEMORIAL
HOSPITAL IN NYC/ WILL BE HARE UNTIL SEPT.  22, 2010/ STATED HE BOUGHT TICKET AT THE LAST MINUTE
BECAUSE THE TRIP WAS NOT

(b)(7)(E)                              SUBJ. STATED HE IS HERE TO VISIT HIS BROTHER ANDHIS SISTER-IN-LAW/
STATED HIS SISTER-IN-LAW IS TERMINALLY ILL W/ CANCER AND IS BEING TREATED AT CATHERINE MEMORIAL
HOSPITAL IN NYC/ WILL BE HARE UNTIL SEPT.  22, 2010/ STATED HE BOUGHT TICKET AT THE LAST MINUTE
BECAUSE THE TRIP WAS NOT  PLANNED/ SUBJ. HAD ALSO BOUGHT A LAST MINUTE TICKET ON A PREVIOUS ENTRY IN
2004WHEN HIS FATHER HAD A HERNIA OPRATION/ SUBJ. DOES HAVE NUMEROUS TRIPS TO THE   U.S./ AT LEAST
FIVE OR SIX A YEAR/ STATED HE IS A LAWYER W/ A FIRM OF 14 OTHER LAWYERS/ STATED HE TRAVELS A LOT ON
VACATION W/ HIS WIFE/ STATED THAT HE WILL  BE RETURNING TO THE U.S. ON 09/24/2010,TWO DAYS AFTER HE
DEPARTS FROM THIS TRIPREASON FOR NEXT TRIP IS FOR HIS ANNIVERSARY/ WILL VISIT SAN DIEGO, LOS
ANGELES,LAS VEGAS AND WILL RETURN TO THE DR ON OCT. 6TH/ THERE ARE NO INADMISSIBILITY  ISSUES AT
THIS TIME/ SUBJ. HAS NEVER OVERSTAYED ANY OF HIS TRIPS/ NO VIOLATIONSTO HIS VISA/ SCBPO (b)(6), (b)(7)(C)
WAS NOTIFIED AND CONCURRED/ ESCORTED TO BGC SEC.  (b)(7)(E)                    ADMITTED ON I94#94697544524.

Port Location

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 16 of 37

UNCLASSIFIED // For Official Use Only

## CURY DAVID JULIO (b)(7)(E)

11/26/2010 10:04:00 EST

Admissibility Secondary Inspection (b)(7)(E)



### Crossing Information

Site:                               CBP-ORLANDO, INTL AP AIRSIDE 4 (A182)
Disposition:                        Temporary Visitor For Pleasure (B2)
Port Crossing Date:                11/26/2010 10:04:00 EST
Referred Date:                     11/26/2010 10:04:00 EST
TECS ID:                           (b)(7)(E)
Airline:                           JETBLUE AIRWAYS (B6)
Carrier Trip:                      B6 1718

### Subject

Last Name:                         CURY DAVID
First Name:                        JULIO
Middle Name:                       MIGUEL
Date of Birth:                     PII /1968
Citizenship:                       Dominican Republic (DO/DOM)
Gender:                            Male (M)

### Passenger Document

Document Type:                     PASSPORT (P)
Document Issue Country:            Dominican Republic (DO/DOM)
Document Number:                   SC5600546

### Referral/Vehicle Information

Referred From:
Referral:                          (b)(7)(E)
Referral Reason:

Referred By:
Secondary Officer:                 (b)(6); (b)(7)(C)

### Miscellaneous Info

Admissibility Until Date:          05/25/2011
Consolidated Consular Database     (b)(7)(E)
Used:
(b)(7)(E)

Type Association:                  Document Type

### Remarks

(b)(6); (b)(7)(C), (b)(7)(E)

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 17 of 37

(b)(7)(E)

(b)(7)(E) SUBJECT STATED THAT HE APPEALED THE EXTORTION ACCUSATIONS TO THE COURT OF APPEALS AND THAT CASE NEVER PROCEEDED BECAUSE HE HAD HIS            CONSTITUTIONAL RIGHTS VIOLATED AND THAT THE HIS ACCUSER DID THIS TO DAMAGE HIS REPUTATION. SUBJECT ALSO STATED THAT A PERSONAL SETTLEMENT TOOK PLACE BETWEEN  HIM AND HIS ACCUSER AND NOW ACCUSER PAYS HIM AS PART OF RESTITUTION FOR       REPUTATION DAMAGES. SUBJECT IS A LAWYER IN THE DOMINICAN REPUBLIC. SCBPO            (b)(6), (b)(7)(C) WAS NOTIFIED AND WAS PRESENT DURING INTERVIEW OF SUBJECT. (b)(7)(E) (b)(7)(E)                                                          NO INADMISSIBILITY ISSUES WERE FOUND AS PER SCBPO (b)(6); (b)(7)(C)   AND SUBJECT WAS ADMITTED B2 ON I94#94788476024. SUBJECT HERE FOR VACATION UNTIL DECEMBER 07, 2010 WITH WIFE, TWO DAUGHTERS AND MAID. SUBJECT AND FAMILY WERE   ALSO REFERRED TO BAGGAGE SECONDARY FOR BAGGAGE EXAM (b)(7)(E) (b)(6); (b)(7)(C); (b)(7)(E)

Port Location

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 18 of 37

UNCLASSIFIED // For Official Use Only

## CURY DAVID JULIO MIGUEL (b)(7)(E)
03/09/2011 19:02:10 EST
Admissibility Secondary Inspection (b)(7)(E)



### Crossing Information

| | |
|---|---|
| Site: | CBP-MIAMI, AIRPORT CNTRL TERML (A524) |
| Disposition: | Temporary Visitor For Pleasure (B2) |
| Port Crossing Date: | 03/09/2011 19:02:10 EST |
| Referred Date: | 03/09/2011 19:02:10 EST |
| TECS ID: | (b)(7)(E) |
| Airline: | AMERICAN AIRLINES (AA) |
| Carrier Trip: | AA 778 |

### Subject

| | |
|---|---|
| Last Name: | CURY DAVID |
| First Name: | JULIO MIGUEL |
| Date of Birth: | PII /1968 |
| Citizenship: | Dominican Republic (DO/DOM) |
| INS Country: | Dominican Republic (DO/DOM) |
| Gender: | Male (M) |
| Race: | White (W) |
| Hispanic: | HISPANIC OR LATINO ORIGIN (Y) |

### Passenger Document

| | |
|---|---|
| Document Type: | REFUGEE RE-ENTRY PERMIT (PR) |
| Document Issue Country: | Dominican Republic (DO/DOM) |
| Document Number: | SC5600546 |
| Other Document Number: | 00100618727 |

### Referral/Vehicle Information

| | |
|---|---|
| Referred From: | (b)(7)(E) |
| Referral Reason: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Secondary Officer: | |

### Miscellaneous Info

| | |
|---|---|
| Admissibility Until Date: | 09/08/2011 |
| Consolidated Consular Database Used: | (b)(7)(E) |
| | (b)(7)(E) |
| Type Association: | Document Type |

### Remarks

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 19 of 37

NEW COMMENTS: (b)(6); (b)(7)(C); (b)(7)(E) ████████████████████
(b)(7)(E)██████████████████████ /SUBJECT ADMITTED B2/ (b)(7)(E)█
(b)(6); (b)(7)(C); (b)(7)(E)████████████████ SUBJECT ADMITTED B2  COMMENTS HISTORY:

NEW COMMENTS: (b)(6); (b)(7)(C); (b)(7)(E) ████████████████████
(b)(7)(E)███████████████████ /SUBJECT ADMITTED B2/ (b)(7)(E)█
(b)(6); (b)(7)(C); (b)(7)(E)████████████████ SUBJECT ADMITTED B2  COMMENTS HISTORY:

Port Location

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 20 of 37

UNCLASSIFIED // ~~For Official Use Only~~

**CURY DAVID JULIO MIGUEL** (b)(7)(E)
05/25/2013 21:46:24 EDT
Admissibility Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Crossing Information

| | |
|---|---|
| Site: | CBP-PANAMA CITY, PA INTL IAP (A828) |
| Disposition: | (b)(7)(E) |
| Port Crossing Date: | 05/25/2013 21:46:24 EDT |
| Referred Date: | 05/25/2013 21:46:24 EDT |
| TECS ID: | (b)(7)(E) |
| Airline: | COPA - COMPANIA PANAMENA DE AVIACION, S.A. (CM) |
| Carrier Trip: | CM 129 |

## Subject

| | |
|---|---|
| Last Name: | CURY DAVID |
| First Name: | JULIO MIGUEL |
| Date of Birth: | PII /1968 |
| Citizenship: | Dominican Republic (DO/DOM) |
| INS Country: | Dominican Republic (DO/DOM) |
| Gender: | Male (M) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Document Issue Country: | Dominica (DM/DMA) |
| Document Number: | SC5600546 |

## Referral/Vehicle Information

| | |
|---|---|
| Referred From: | (b)(7)(E) |
| Referral Reason: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Secondary Officer: | |

## Miscellaneous Info

| | |
|---|---|
| Type Association: | Document Type |

## Remarks

(b)(7)(E)

UNCLASSIFIED // ~~For Official Use Only~~

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 21 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO MIGUEL** (b)(7)(E)
05/25/2013 21:47:01 EDT
Admissibility Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Crossing Information

| | |
|---|---|
| Site: | CBP-PANAMA CITY, PA INTL IAP (A828) |
| Disposition: | (b)(7)(E) |
| Port Crossing Date: | 05/25/2013 21:47:01 EDT |
| Referred Date: | 05/25/2013 21:47:01 EDT |
| TECS ID: | (b)(7)(E) |
| Airline: | COPA – COMPANIA PANAMENA DE AVIACION, S.A. (CM) |
| Carrier Trip: | CM 129 |

## Subject

| | |
|---|---|
| Last Name: | CURY DAVID |
| First Name: | JULIO MIGUEL |
| Date of Birth: | PII 1968 |
| Citizenship: | Dominican Republic (DO/DOM) |
| INS Country: | Dominican Republic (DO/DOM) |
| Gender: | Male (M) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Document Issue Country: | Dominica (DM/DMA) |
| Document Number: | SC5600546 |

## Referral/Vehicle Information

| | |
|---|---|
| Referred From: | (b)(7)(E) |
| Referral Reason: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Secondary Officer: | |

### Miscellaneous Info

| | |
|---|---|
| Type Association: | Document Type |

## Remarks

(b)(7)(E)

DISPOSITION: PROCEEDED WITH TRAVEL. (b)(7)(E)

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 22 of 37

UNCLASSIFIED // ~~For Official Use Only~~

**CURY JULIO** (b)(7)(E)
09/19/2014 20:56:43 EDT
Admissibility Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Crossing Information

| | |
|---|---|
| Site: | CBP-PANAMA CITY, PA INTL IAP (A828) |
| Disposition: | (b)(7)(E) |
| Port Crossing Date: | 09/19/2014 20:56:43 EDT |
| Referred Date: | 09/19/2014 20:56:43 EDT |
| TECS ID: | (b)(7)(E) |
| Airline: | COPA - COMPANIA PANAMENA DE AVIACION, S.A. (CM) |
| Carrier Trip: | CM 307 |

## Subject

| | |
|---|---|
| Last Name: | CURY |
| First Name: | JULIO |
| Date of Birth: | PII 1968 |
| Citizenship: | Dominican Republic (DO/DOM) |
| INS Country: | Dominican Republic (DO/DOM) |
| Gender: | Male (M) |

## Passenger Document

| | |
|---|---|
| Document Type: | VISA (V) |
| Document Issue Country: | United States (US/USA) |

## Referral/Vehicle Information

| | |
|---|---|
| Referred From: | (b)(7)(E) |
| Referral Reason: | |
| Referred By: | (b)(6); (b)(7)(C) |
| Secondary Officer: | |

## Miscellaneous Info

| | |
|---|---|
| Type Association: | Document Type |

## Remarks

(b)(7)(E)

DISPOSITION:                                          SUBJECT BOARDED THE
FLIGHT WITHOUT FURTHER INCIDENT.

UNCLASSIFIED // ~~For Official Use Only~~

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 23 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO MIGUEL** (b)(7)(E)
02/26/2015 16:21:50 EST
Admissibility Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Crossing Information

Site:                          CBP-PANAMA CITY, PA INTL IAP (A828)
Disposition:                   (b)(7)(E)
Port Crossing Date:            02/26/2015 16:21:50 EST
Referred Date:                 02/26/2015 16:21:50 EST
TECS ID:                       (b)(7)(E)
Airline:                       COPA - COMPANIA PANAMENA DE AVIACION, S.A. (CM)
Carrier Trip:                  CM 449

## Subject

Last Name:                     CURY DAVID
First Name:                    JULIO MIGUEL
Date of Birth:                 PII 1968
Citizenship:                   Dominican Republic (DO/DOM)
INS Country:                   Dominican Republic (DO/DOM)
Gender:                        Male (M)

## Passenger Document

Document Type:                 PASSPORT (P)
Document Issue Country:        Dominican Republic (DO/DOM)
Document Number:               SC5600546

## Referral/Vehicle Information

Referred From:                 (b)(7)(E)
Referral Reason:
Referred By:                   (b)(6); (b)(7)(C)
Secondary Officer:

## Miscellaneous Info

Type Association:              Document Type

## Remarks

(b)(7)(E)

(b)(7)(E) DISPOSITION: SUBJECT BOARDED THE FLIGHT TO PERU WITHOUT FURTHER INCIDENT. (b)(7)(E)
(b)(7)(E)

(b)(7)(E)

(b)(7)(E) DISPOSITION: SUBJECT BOARDED THE FLIGHT TO PERU WITHOUT FURTHER INCIDENT. (b)(7)(E)
(b)(7)(E)

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 24 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID JULIO MIGUEL** (b)(7)(E)
03/04/2015 20:57:29 EST
Admissibility Secondary Inspection (b)(7)(E)

(b)(7)(E)

## Crossing Information

Site:                     CBP-PANAMA CITY, PA INTL IAP (A828)
Disposition:              (b)(7)(E)
Port Crossing Date:       03/04/2015 20:57:29 EST
Referred Date:            03/04/2015 20:57:29 EST
TECS ID:                  (b)(7)(E)
Airline:                  COPA - COMPANIA PANAMENA DE AVIACION, S.A. (CM)
Carrier Trip:             CM 760

## Subject

Last Name:                CURY DAVID
First Name:               JULIO MIGUEL
Date of Birth:            PII 1968
Citizenship:              Dominican Republic (DO/DOM)
INS Country:              Dominican Republic (DO/DOM)
Gender:                   Male (M)

## Passenger Document

Document Type:            PASSPORT (P)
Document Issue Country:   Dominican Republic (DO/DOM)
Document Number:          SC5600546

## Referral/Vehicle Information

Referred From:            (b)(7)(E)
Referral Reason:
Referred By:              (b)(6); (b)(7)(C)
Secondary Officer:

## Miscellaneous Info

Type Association:         Document Type

## Remarks



UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 25 of 37

UNCLASSIFIED // For Official Use Only

## CURY DAVID JULIO MIGUEL (b)(7)(E)

01/20/2018 19:15:51 EST

Admissibility Secondary Inspection (b)(7)(E)

(b)(7)(E)

### Crossing Information

Site:                    CBP-PANAMA CITY, PA INTL IAP (A828)
Disposition:             (b)(7)(E)
Port Crossing Date:      01/20/2018 19:15:51 EST
Referred Date:           01/20/2018 19:15:51 EST
TECS ID:                 (b)(7)(E)
Airline:                 COPA - COMPANIA PANAMENA DE AVIACION, S.A. (CM)
Carrier Trip:            CM 107

### Subject

Last Name:               CURY DAVID
First Name:              JULIO MIGUEL
Date of Birth:           PII /1968
Citizenship:             Dominican Republic (DO/DOM)
INS Country:             Dominican Republic (DO/DOM)
Gender:                  Male (M)

### Passenger Document

Document Type:           PASSPORT (P)
Document Issue Country:  Dominican Republic (DO/DOM)
Document Number:         SC5600546

### Referral/Vehicle Information

Referred From:           (b)(7)(E)
Referral Reason:
Referred By:             (b)(6); (b)(7)(C)
Secondary Officer:

### Miscellaneous Info

Admissibility Until Date:   02/01/1900
Type Association:           Document Type

### Remarks

(b)(7)(E)

(b)(7)(E) subject stated he is an attorney and owner of    "Julio Cury inteligencia legal" attorneys office in Santo Domingo, Dominican   Republic. Subject stated he was not prosecuted for the blackmail and extortion case and he presented legal actions against the person who accused him and was granted a monetary compensation and case was closed. Subject stated he is in   transit to Guatemala for tourism. Disposition: (b)(7)(E)

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 26 of 37

UNCLASSIFIED // ~~For Official Use Only~~

**CURY DAVID, JULIO** PII 1968 (b)(7)(E)





## Subject

| Last Name | First Name | Middle Name | Date of Birth |
|-----------|------------|-------------|---------------|
| CURY DAVID | JULIO | | PII 1968 |



TECS ID:
Entry Date:
Last Update:
(b)(7)(E)

Subject Status:
Primary Action:
Start Date:
Stop Date:
Approval Status:

Subject Category:
Agency:  U.S. CUSTOMS AND BORDER PROTECTION (C)
Sub-Agency: (b)(7)(E)

Record Owner: (b)(6); (b)(7)(C)
Record Owner Phone:
Site: (b)(7)(E)
Phone:

## Remarks



(b)(6); (b)(7)(C); (b)(7)(E)

## Identifying Information

### Other Names
- CURY DAVID, JULIO
- CURYDAVID, JULIO
- CURY, JULIO
- DAVID, JULIO
- JULIO, CURY
- JULIO, CURYDAVID
- JULIO, DAVID

### Other DOB
- PII 1968

### Identifying Attributes
Race:   WHITE (W)
Gender:   Male (M)   Hispanic: HISPANIC OR LATINO ORIGIN (Y)

Height High: 000
Height Low: 000

Weight High: 000
Weight Low: 000

## Documents

| Document Number | Document Type | Country | Issue State | Issue Date | Expiration Date | ARN Issue Code | ARN Issue Number |
|-----------------|---------------|---------|-------------|------------|-----------------|----------------|------------------|
| SC5600546 | PASSPORT (P) | --- | -- | | | | |

UNCLASSIFIED // ~~For Official Use Only~~

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 27 of 37

UNCLASSIFIED // For Official Use Only

(b)(7)(E)

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 28 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID, JULIO MIGUEL** PII 1968 (b)(7)(E)
(b)(7)(E)

(b)(7)(E)

## Subject

| Last Name | First Name | Middle Name | Date of Birth |
|---|---|---|---|
| CURY DAVID | JULIO | MIGUEL | PII 1968 |

TECS ID:
Entry Date:           (b)(7)(E)
Last Update:
(b)(7)(E)
Subject Status:
Primary Action:
Start Date:
Stop Date:
Approval Status:

Notify On Query:   (b)(7)(E)
Record Owner:      (b)(6); (b)(7)(C)
Record Owner
Phone:
Site:                 (b)(7)(E)

Phone:             (b)(7)(E)

Subject Category:  (b)(7)(E)
Agency:            U.S. CUSTOMS AND BORDER PROTECTION (C)
Sub-Agency:        (b)(7)(E)



## Identifying Information

**Other Names**
- CURY DAVID, JULIO
- CURY, JULIO

**Other DOB**
- PII 1968

**Identifying Attributes**
Gender:        Male (M)
Hispanic: HISPANIC OR LATINO ORIGIN (Y)

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 29 of 37

- MIGUEL, CURYDAVID
- DAVID, JULIO
- CURY, MIGUEL
- MIGUEL, CURY
- JULIO, MIGUEL
- JULIO, CURY
- JULIO, CURYDAVID
- CURYDAVID, MIGUEL
- MIGUEL, JULIO
- MIGUEL, DAVID
- DAVID, MIGUEL
- JULIO, DAVID
- CURYDAVID, JULIO
- JULIO, MIGUEL
- MIGUEL, JULIO
- JULIO, MIGUEL
- MIGUEL, JULIO

Height High: 000
Height Low: 000

Weight High: 000
Weight Low: 000

## Citizenship

- Dominican Republic (DO/DOM)

## Birthplace

- Dominican Republic (DO/DOM)

## Employment

| Employer | Work Phone | Occupation | Position | Employment Status | Employment Address |
|---|---|---|---|---|---|
| JOTTIN CURY ABOGADOS LAW FIRM | | ATTORNEY | | | -- DOMINICAN REPUBLIC DO/DOM |

## Documents

| Document Number | Document Type | Country | Issue State | Issue Date | Expiration Date | ARN Issue Code | ARN Issue Number |
|---|---|---|---|---|---|---|---|
| SC5600546 | PASSPORT (P) | Dominican Republic (DO/DOM) | -- | 04/29/2005 | 04/28/2015 | | |



Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 30 of 37

UNCLASSIFIED // For Official Use Only



**CURY, JULIO** PII /1968 (b)(7)(E)



## Subject

| Last Name | First Name | Middle Name | Date of Birth |
|-----------|-----------|-------------|---------------|
| CURY | JULIO | | PII 1968 |



TECS ID:
Entry Date:
Last Update:
(b)(7)(E)

Subject Status:

Primary Action:

Agency:       U.S. CUSTOMS AND BORDER PROTECTION (C)

Sub-Agency:

Record Owner:     (b)(6); (b)(7)(C)
Record Owner Phone:
Site:

Original Record Owner:   (b)(6); (b)(7)(C)
Original Owner Phone:
Site:

Phone:

## Identifying Information

| Other Names | Other DOB | Identifying Attributes | Citizenship |
|-------------|-----------|------------------------|-------------|
| • CURY, JULIO | • PII 1968 | | • Dominican Republic (DO/DOM) |

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 31 of 37

UNCLASSIFIED // For Official Use Only

**CURY LAUID, JULIO MIGUEL** PII /1968 (b)(7)(E)

(b)(7)(E)



## Subject

| Last Name | First Name | Middle Name | Date of Birth |
|---|---|---|---|
| CURY LAUID | JULIO MIGUEL | | PII /1968 |

TECS ID:                          (b)(7)(E)          Record Owner:   (b)(6); (b)(7)(C)
Entry Date:                                          Record Owner
Last Update:                                         Phone:
(b)(7)(E)                                            Site:            (b)(7)(E)

Subject Status:
Primary Action:
Start Date:                                          Phone:
Stop Date:                                           (b)(7)(E)
Approval Status:

Agency:        U.S. CUSTOMS AND BORDER PROTECTION
               (C)
Sub-Agency:    (b)(7)(E)

## Remarks

(b)(7)(E)

## Identifying Information

### Other Names

- CURY LAUID, JULIO MIGUEL
- CURYLAUID, JULIOMIGUEL
- CURY, JULIOMIGUEL
- LAUID, JULIOMIGUEL
- JULIOMIGUEL, CURY
- JULIOMIGUEL, LAUID
- JULIOMIGUEL, CURYLAUID
- CURY, JULIO
- CURY, MIGUEL
- LAUID, JULIO

### Other DOB

- PII 1968

### Identifying Attributes

Height High:  000
Height Low:   000

Weight High:  000
Weight Low:   000

(b)(7)(E)

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 32 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID, JULIO MIGUEL** PII /1968 (b)(7)(E)
03/09/2011 19:02:10 EST
Unified Secondary (b)(7)(E)

(b)(7)(E)

Source: (b)(7)(E)

## Subject

Last Name:              CURY DAVID
First Name:             JULIO MIGUEL
Gender:                 Male (M)
Race:                   White (W)
Hispanic:               Yes
Date of Birth:          PII /1968
Citizenship:            Dominican Republic (DO/DOM)
Living Country:         Dominican Republic (DO/DOM)

## Passenger Document

Document Type:          REFUGEE RE-ENTRY PERMIT (PR)
Issue Country:          Dominican Republic (DO/DOM)
Documentation Presented: Yes
Document Number:        SC5600546
Other Document Number:  00100618727

## Crossing Information

Site:                   CBP-MIAMI, AIRPORT CNTRL TERML (A524)
Site Port:              MIAMI INTL ARPT (5206)
Inbound / Outbound:     Inbound
Embarkation Port:       LAS AMERICAS (SDQ)
Embarkation Country:    Dominican Republic (DO/DOM)
Airline:                AMERICAN AIRLINES (AA)
Carrier Number:         AA 778
Referral Date:          03/09/2011 19:02:10 EST
TECS ID:                (b)(7)(E)
Subject TECS ID:

## Referral Information

Referred By Officer:    (b)(6); (b)(7)(C)
Last Inspection Officer:
Referred By Application:  (b)(7)(E)
Referral Status:
Hit Type:
Referral Reason:

Completed:              Manual

## Misc

Referral Item Type:     Current
(b)(7)(E)

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 33 of 37

UNCLASSIFIED // For Official Use Only

## Admissibility

Admissibility Workspace ID: (b)(6); (b)(7)(C)
Secondary Officer Name:
Inspection Completed: **Inspection Completed**
CCD Used: (b)(7)(E)
(b)(7)(E)
Disposition: **Temporary Visitor For Pleasure (B2)**
(b)(7)(E)

Other Inspection Type: **Baggage**
Other Inspection Reason: (b)(6); (b)(7)(C); (b)(7)(E)

(b)(7)(E)/SUBJECT ADMITTED B2/(b)(7)(E)
(b)(6); (b)(7)(C); (b)(7)(E)

ADMITTED B2
Traveler Document Presented: **Yes**
I-94 Waiver Action: **N**
(b)(7)(E)
Update By Legacy: **Yes**
TECS ID: (b)(7)(E)
Admissibility Until Date: **09/08/2011**
Exam Completion Date: **03/09/2011 00:00:00 EST**

### Remarks

| Completed | Comment |
|---|---|
| Yes | (b)(6); (b)(7)(C); (b)(7)(E) (b)(7)(E) /SUBJECT ADMITTED B2//(b)(7)(E) (b)(6); (b)(7)(C); (b)(7)(E) SUBJECT ADMITTED B2 |
| Yes | NEW COMMENTS: (b)(6); (b)(7)(C); (b)(7)(E) (b)(7)(E) SUBJECT ADMITTED B2/(b)(7)(E) (b)(6); (b)(7)(C); (b)(7)(E) SUBJECT ADMITTED B2 COMMENTS HISTORY: |

## Baggage

Secondary Officer Name: (b)(6); (b)(7)(C)
Bag Workspace ID:

Inspection Completion: **Inspection Completed**
Exam Completion Date: **03/10/2011 00:00:00 EST**
IOEM: **No**
(b)(7)(E)
No Exam: **Yes**
Receipt Number:
TECS ID: (b)(7)(E)
Update By Legacy: **No**

### Remarks

| Completed | Comment |
|---|---|
| Yes | No exam conducted |

## Port Location

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 34 of 37

UNCLASSIFIED // For Official Use Only

**CURY, JULIO** (b)(7)(E) /1968
03/09/2011 21:04:38 EST
Unified Secondary (b)(7)(E)

(b)(7)(E)

Source: (b)(7)(E)

| Subject | | Passenger Document | |
|---|---|---|---|
| Last Name: | CURY | Document Type: | PASSPORT (P) |
| First Name: | JULIO | Issue Country: | Dominican Republic (DO/DOM) |
| Date of Birth: | (b)(7)(E) /1968 | Documentation Presented: | Yes |
| | | Document Number: | 1575647 |

### Crossing Information

| | |
|---|---|
| Site: | CBP-MIAMI, AIRPORT CNTRL TERML (A524) |
| Site Port: | MIAMI INTL ARPT (5206) |
| Referral Date: | 03/09/2011 21:04:38 EST |

### Referral Information

| | | Misc | |
|---|---|---|---|
| Referred By Officer: | (b)(6); (b)(7)(C) | Referral Item Type: | Current |
| Referral Status: | (b)(7)(E) | | |
| (b)(7)(E) | | | |
| Referral Reason: | (b)(7)(E) | | |

### Port Location

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 35 of 37

UNCLASSIFIED // For Official Use Only

**CURY DAVID, JULIO MIGUEL** [PII] /1968
04/25/2019 15:38:34 EDT
Unified Secondary (b)(7)(E)

(b)(7)(E)

Source (b)(7)(E)

## Subject

Last Name:        CURY DAVID
First Name:       JULIO MIGUEL
Gender:           Male (M)
Date of Birth:    PII /1968
Citizenship:      Dominican Republic (DO/DOM)

## Passenger Document

Document Type:            VISA (V)
Issue Country:            Dominican Republic (DO/DOM)
Documentation Presented:  Yes

## Crossing Information

Site:                 CBP-PANAMA CITY, PA INTL IAP (A828)
Site Port:            (b)(7)(E)
Inbound / Outbound:   Inbound
Airline:              COPA - COMPANIA PANAMENA DE AVIACION, S.A. (CM)
Carrier Number:       CM 129
Referral Date:        04/25/2019 15:38:34 EDT

## Referral Information

Referred By Officer:      (b)(6); (b)(7)(C)
Last Inspection Officer:
Referred By Application:
Referral Status:          (b)(7)(E)
Referral Type:
Referral Reason:

Completed:                Manual

### Misc

Lost Stolen:        No
Referral Item Type: Current
UPAX Traveler ID:   (b)(7)(E)

## Admissibility

Admissibility Workspace ID: (b)(6); (b)(7)(C)
Secondary Officer Name:
Inspection Completed:       (b)(7)(E)
(b)(7)(E)
Disposition:                (b)(7)(E)
(b)(7)(E)

Traveler Document Presented: Yes
I-94 Waiver Action:          N
IOEM:                        No
Update By Legacy:            No
TECS ID:                     (b)(7)(E)
Exam Completion Date:        04/25/2019 15:38:39 EDT

## Remarks

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 36 of 37

UNCLASSIFIED // For Official Use Only

Completed  Comment

Yes



(b)(7)(E)                         Subject was released without further incidents.

Referral Reason

| Referred By Application | Referred By | Referral Date | Referral Reason |
|---|---|---|---|
| (b)(7)(E) | (b)(6); (b)(7)(C) | 04/25/2019 15:38:34 EDT | (b)(7)(E) |

UNCLASSIFIED // For Official Use Only

Exhibit 1 to Howard Decl
2:23-cv-00499-JLR
Page 37 of 37