1

District Judge James L. Robart

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

**AT SEATTLE**

9

JULIO CURY, *et al.*,                              *       Civil Action No.: 2:23-cv-00499-JLR
                                                   *
10

      Plaintiffs,                        *
                                                   *
11

      v.                                 *       PLAINTIFFS' UNOPPOSED
                                                   *       EMERGENCY MOTION TO SEAL
12

DEPARTMENT OF STATE, *et al.*,                     *
                                                   *
13

      Defendants.                        *
                                                   *
14

*       *       *       *       *       *       *

15

      Plaintiffs hereby request that the Court immediately seal Dkt. #23-1, which is Exhibit 1 to

16

the Howard Declaration filed with Defendants' Motion for Summary Judgment. These records

17

include extremely sensitive personal information about Plaintiff Cury located only in the systems

18

of United States Customs and Border Protection ("CBP"). There is no public interest in the

19

immigration records of a private individual which would outweigh his significant privacy

20

interests, and it was extraordinarily improper for CBP to file these records on the public record

21

while simultaneously arguing that even the *names* of third parties must be withheld "to protect

22

the personal privacy of individuals." (Dkt. #23 at 3.) It would be a manifest injustice to force

23

Cury or any other plaintiff to choose between litigating his right to access government records

24

PLAINTIFFS' UNOPPOSED EMERGENCY MOTION
TO SEAL (2:23-cv-00499-JLR)                    1

National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908

about himself and keeping sensitive information contained in those records from being disclosed to the general public at large.

Defendants' counsel has stated that they do not oppose this Motion.

Date:   October 11, 2024

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq., WSBA #60671
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

PLAINTIFFS' UNOPPOSED EMERGENCY MOTION
TO SEAL (2:23-cv-00499-JLR)                    2

National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908