1                                                    District Judge James L. Robart

2

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**
                           **WESTERN DISTRICT OF WASHINGTON**
8                                      **AT SEATTLE**

9    JULIO CURY, *et al.*,                  *        Civil Action No.: 2:23-cv-00499-JLR
                                            *
10          Plaintiffs,                     *
                                            *
11          v.                              *        STIPULATION FOR AN EXTENSION
                                            *        OF TIME
12   DEPARTMENT OF STATE, *et al.*,         *
                                            *        Noted for Consideration:
13          Defendants.                     *        November 8, 2024
                                            *
14   *     *     *     *     *     *     *

15          Because of numerous recent developments in other matters beyond the control of

16   Plaintiffs' counsel, Plaintiffs' counsel requested that the parties stipulate to an extension for

17   Plaintiffs file their opposition and commensurate extensions on the remaining deadlines.

18   Plaintiffs' counsel represents that he faces a significant workload for the remainder of November

19   and originally proposed filing Plaintiffs' opposition on 3 December 2024.

20          Defendants are generally amenable to agreeing to Plaintiffs' request for an extension,

21   however, the deadline proposed by Plaintiffs poses scheduling conflicts for Defendants. It would

22   require Defendants to prepare their opposition and reply during a period when defense counsel

23   has conflicts and/or is not available for part of the time. Defense counsel indicated that they

24

STIPULATION FOR AN EXTENSION OF TIME                     National Security Counselors
2:23-cv-00499-JLR                        1               4702 Levada Terrace
                                                         Rockville, MD  20853
                                                         301-728-5908

1  would agree to stipulate to an extension for Plaintiffs until November 27, 2024, but Plaintiffs'

2  counsel indicates that this schedule would not work for Plaintiffs.

3    Therefore, in order to accommodate Plaintiffs' request for an extension, and not result in

4  creating a conflict for Defendants, the parties stipulate to and propose the following schedule:

5     1.  Plaintiffs will file their opposition and cross-motion, if any, on or before January

6      3, 2025;

7     2.  Defendants will file their reply and opposition to any cross-motion on or before

8      January 24, 2025; and

9     3.  Plaintiffs will file their reply in support of any cross-motion on or before February

10     7, 2025.

11 Date:   November 8, 2024

12 Respectfully submitted,

13 NATIONAL SECURITY COUNSELORS   TESSA M. GORMAN
               United States Attorney

14

15 /s/ Kelly B. McClanahan     /s/ Katie D. Fairchild
Kelly B. McClanahan, Esq., WSBA #60671 KATIE D. FAIRCHILD, WSBA #47712

16 4702 Levada Terrace     Assistant United States Attorney
Rockville, MD 20853     United States Attorney's Office

17 301-728-5908      Western District of Washington
240-681-2189 fax      700 Stewart Street, Suite 5220

18 Kel@NationalSecurityLaw.org   Seattle, Washington 98101-1271
              Phone: 206-553-7970

19 *Counsel for Plaintiffs*     Fax:  206-553-4073
              Email: Katie.fairchild@usdoj.gov

20 I certify that this memorandum contains 219
words, in compliance with the Local Civil  *Counsel for Defendants*
Rules.

21

22

23

24

STIPULATION FOR AN EXTENSION OF TIME   National Security Counselors
2:23-cv-00499-JLR      2   4702 Levada Terrace
               Rockville, MD  20853
               301-728-5908

1

**[PROPOSED] ORDER**

2

It is so ORDERED.

3

4

Dated this _____ day of _____, 2024.

5

6

_____
JAMES L. ROBART
7                                                                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION FOR AN EXTENSION OF TIME                         National Security Counselors
2:23-cv-00499-JLR                                            3          4702 Levada Terrace
                                                                        Rockville, MD  20853
                                                                        301-728-5908