1

District Judge James L. Robart

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

**AT SEATTLE**

9

JULIO CURY, *et al.*,                                            *      Civil Action No.: 2:23-cv-00499-JLR
                                                                        *

10

      Plaintiffs,                                              *
                                                                        *      PLAINTIFFS' UNOPPOSED

11

      v.                                                            *      MOTION FOR AN EXTENSION OF
                                                                        *      TIME

12

DEPARTMENT OF STATE, *et al.*,                      *
                                                                        *      Noted for Consideration:

13

      Defendants.                                          *      January 8, 2025
                                                                        *

14

*      *      *      *      *      *      *

15

      NOW COME Plaintiffs to respectfully request a four-day extension of all pending

16

deadlines due to complications created by the inclement weather in the Washington, DC area

17

where the undersigned resides.

18

      Plaintiffs have good cause to request this extension. The undersigned's young children

19

have been out of school for the last three days due to inclement weather, which has had a severe

20

impact on his ability to work and required him to move several deadlines at the last minute. He

21

has attempted to make progress on this Motion, but as mentioned in his previous motion, he has

22

spent much of the weekend and what limited time he has had this week preparing witnesses for

23

an administrative hearing which, until yesterday, was scheduled for today. This also had a

24

PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION                    National Security Counselors
OF TIME (2:23-cv-00499-JLR)                          1              4702 Levada Terrace
                                                                                        Rockville, MD  20853
                                                                                        301-728-5908

1  hydraulic effect on his other filing deadlines, one of which he was forced by the weather issues

2  to extend until this Friday, the same day as his Opposition in this case is due. Accordingly, he

3  requests the following minor modifications to the current schedule:

4        1.       Plaintiffs will file their opposition and cross-motion, if any, on or before January

5               14, 2025;

6        2.       Defendants will file their reply and opposition to any cross-motion on or before

7               February 4, 2025; and

8        3.       Plaintiffs will file their reply in support of any cross-motion on or before February

9               18, 2025.

10        This is the second extension requested for this filing. Defendants' counsel has stated that

11  they do not oppose this Motion.

12  Date:   January 8, 2025

13                                        Respectfully submitted,

14                                        /s/ Kelly B. McClanahan
                                          Kelly B. McClanahan, Esq., WSBA #60671
15                                        National Security Counselors
                                          4702 Levada Terrace
16                                        Rockville, MD 20853
                                          301-728-5908
17                                        240-681-2189 fax
                                          Kel@NationalSecurityLaw.org

18
                                          *Counsel for Plaintiffs*

19

20  I certify that this memorandum contains 350
    words, in compliance with the Local Civil
    Rules.

21

22

23

24