District Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JULIO CURY, *et al.*, | * | Civil Action No.: 2:23-cv-00499-JLR |
| | * | |
| Plaintiffs, | * | |
| | * | ORDER GRANTING |
| v. | * | PLAINTIFFS' UNOPPOSED |
| | * | MOTION FOR LEAVE TO FILE |
| DEPARTMENT OF STATE, *et al.*, | * | SEALED EXHIBITS |
| | * | **[PROPOSED]** |
| Defendants. | * | |
| | * | |
| *    *    *    *    *    *    * | | |

UPON CONSIDERATION OF Plaintiffs' Unopposed Motion for Leave to File Sealed Exhibits, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that the Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs may file exhibits containing sensitive personal identifiable information under seal.

_____
James L. Robart
United States District Judge

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO FILE SEALED EXHIBITS
[PROPOSED] (2:23-cv-00499-JLR)                1

National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908