District Judge James L. Robart

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9

JULIO CURY and TAKAO YAMADA,          Case No. 2:23-cv-00499-JLR
10
                          Plaintiffs,          STIPULATION FOR AN EXTENSION
11          v.                                 OF TIME

12 DEPARTMENT OF STATE, and               Noted for Consideration:
DEPARTMENT OF HOMELAND            January 15, 2024
13 SECURITY,

14                          Defendants.

15

16          After further review, Plaintiffs notified Defendants that Plaintiffs have decided to narrow

17 the scope of issues to be litigated.  The only remaining issue that Plaintiffs will contest is the

18 appropriateness of the State Department's withholdings made pursuant to 5 U.S.C. § 552(b)(3)

19 prior to December 31, 2011, that are addressed in Defendants' motion for summary judgment,

20 Dkt. 26.[1]  Plaintiffs are no longer challenging any searches or any other withholdings either by

21 the State Department or Customs and Border Protection.  In light of Plaintiffs' revised position,

22 the parties would like to see if a further compromise can be reached.

23

24
---
[1] Plaintiffs agree that any cross-motion for summary judgment it may file would also be limited to this one issue.

STIPULATION FOR AN EXTENSION OF TIME                          UNITED STATES ATTORNEY
2:23-cv-00499-JLR – 1                                         700 STEWART STREET, SUITE 5220
                                                             SEATTLE, WASHINGTON 98101
                                                             (206) 553-7970

As such, the parties need additional time to negotiate, and Plaintiffs would need to revise their opposition to address only the propriety of the State Department's (b)(3) withholdings it made on or before December 31, 2011.

In light of these developments, the parties have stipulated to and propose to extend the current briefing schedule by approximately six weeks.

Thus, the parties stipulate to and propose the following schedule:

1.  Plaintiffs will file an opposition and potential cross-motion for summary judgment limited to whether State Department's withholdings pursuant to 5 U.S.C. § 552(b)(3) prior to December 31, 2011 were proper.  That motion will be filed on or before March 3, 2025; and

2.  Defendant State Department will file its reply and opposition to any cross-motion on or before March 24, 2025.

3.  Plaintiffs will file their reply in support of any cross-motion on or before April 14, 2025.

//

//

//

//

//

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      DATED this 15th day of January, 2025.

2   Respectfully submitted,

3   NATIONAL SECURITY COUNSELORS          TESSA M. GORMAN
                                          United States Attorney
4
    _s/ Kel McClanahan_____    _s/ Nickolas Bohl_____
5   KEL MCCLANAHAN, WSBA No. 60671        NICKOLAS BOHL, WSBA No. 48978
    4702 Levada Terrace                   KATIE D. FAIRCHILD, WSBA  No. 47712
6   Rockville, MD 20853                   Assistant United States Attorneys
    Phone:  301-728-5908                  United States Attorney's Office
7   Fax:     240-681-2189                 Western District of Washington
    Email:  kel@nationalsecuritylaw.org   700 Stewart Street, Suite 5220
8                                         Seattle, Washington 98101-1271
    *Attorney for Plaintiffs*             Phone: 206-553-7970
9                                         Fax:    206-553-4073
                                          Email: nickolas.bohl@usdoj.gov
10                                                katie.fairchild@usdoj.gov

11                                        *Attorneys for Defendants*

12                                        I certify that this memorandum contains 264
                                          words, in compliance with the Local Civil Rules.
13

14

15

16

17

18

19

20

21

22

23

24

1

**[PROPOSED] ORDER**

2      It is so ORDERED.

3

4      Dated this _____ day of _____, 2025.

5

6

7      _____
       JAMES L. ROBART
       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24