District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO CURY and TAKAO YAMADA,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF STATE, and<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-00499-JLR<br><br>STIPULATION FOR AN EXTENSION<br>OF TIME<br><br>Noted for Consideration:<br>January 15, 2024 |

　　　　After further review, Plaintiffs notified Defendants that Plaintiffs have decided to narrow the scope of issues to be litigated.  The only remaining issue that Plaintiffs will contest is the appropriateness of the State Department's withholdings made pursuant to 5 U.S.C. § 552(b)(3) prior to December 31, 2011, that are addressed in Defendants' motion for summary judgment, Dkt. 26.[1]  Plaintiffs are no longer challenging any searches or any other withholdings either by the State Department or Customs and Border Protection.  In light of Plaintiffs' revised position, the parties would like to see if a further compromise can be reached.

---

[1] Plaintiffs agree that any cross-motion for summary judgment it may file would also be limited to this one issue.

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    As such, the parties need additional time to negotiate, and Plaintiffs would need to revise

2  their opposition to address only the propriety of the State Department's (b)(3) withholdings it

3  made on or before December 31, 2011.

4    In light of these developments, the parties have stipulated to and propose to extend the

5  current briefing schedule by approximately six weeks.

6    Thus, the parties stipulate to and propose the following schedule:

7    1. Plaintiffs will file an opposition and potential cross-motion for summary judgment
8       limited to whether State Department's withholdings pursuant to 5 U.S.C. § 552(b)(3)
9       prior to December 31, 2011 were proper.  That motion will be filed on or before
10      March 3, 2025; and

11   2. Defendant State Department will file its reply and opposition to any cross-motion on
12      or before March 24, 2025.

13   3. Plaintiffs will file their reply in support of any cross-motion on or before April 14,
14      2025.

15  //

16

17  //

18

19  //

20

21  //

22

23  //

24

STIPULATION FOR AN EXTENSION OF TIME  
2:23-cv-00499-JLR – 2

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

DATED this 16th day of January, 2025.

Respectfully submitted,

| NATIONAL SECURITY COUNSELORS | TESSA M. GORMAN<br>United States Attorney |
|---|---|
| *s/ Kel McClanahan*<br>KEL MCCLANAHAN, WSBA No. 60671<br>4702 Levada Terrace<br>Rockville, MD 20853<br>Phone:  301-728-5908<br>Fax:       240-681-2189<br>Email:   kel@nationalsecuritylaw.org<br><br>*Attorney for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br>KATIE D. FAIRCHILD, WSBA  No. 47712<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:     206-553-4073<br>Email:  nickolas.bohl@usdoj.gov<br>            katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 264 words, in compliance with the Local Civil Rules. |

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED]** ORDER

It is so ORDERED.

Dated this 16th day of January, 2025.

_(signature)_
JAMES L. ROBART
United States District Judge

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR – 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970