District Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JULIO CURY, *et al.*, | * | Civil Action No.: 2:23-cv-00499-JLR |
| Plaintiffs, | * | |
| v. | * | STIPULATION FOR AN EXTENSION OF TIME |
| DEPARTMENT OF STATE, *et al.*, | * | |
| Defendants. | * | Noted for Consideration: March 3, 2025 |
| * * * * * * * | * | |

As previously noted, the parties are continuing to explore whether a compromise on the remaining issues in controversy can be reached. On 15 January 2025, Plaintiffs agreed to significantly narrow the scope of the remaining issues in controversy, and Defendant Department of State ("State") began considering the matter internally. On 28 February, State's counsel advised Plaintiffs' counsel that State anticipated being able to provide an update by 7 March.

Accordingly, and for the same reasons described in the previous stipulation, the parties stipulate to and propose the following schedule:

1. Plaintiffs will file their opposition and cross-motion, if any, on or before 25 March 2025;

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR

1

National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672

  2. Defendants will file their reply and opposition to any cross-motion on or before 15 April 2025; and

  3. Plaintiffs will file their reply in support of any cross-motion on or before 6 May 2025.

Date: March 3, 2025

Respectfully submitted,

| NATIONAL SECURITY COUNSELORS | TEAL L. MILLER<br>Acting United States Attorney |
|---|---|
| /s/ Kelly B. McClanahan<br>Kelly B. McClanahan, Esq., WSBA #60671<br>1451 Rockville Pike<br>Suite 250<br>Rockville, MD  20852<br>501-301-4672<br>240-681-2189 fax<br>Kel@NationalSecurityLaw.org | /s/ Katie D. Fairchild<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: Katie.fairchild@usdoj.gov |
| *Counsel for Plaintiffs* | |
| I certify that this memorandum contains 315 words, in compliance with the Local Civil Rules. | *Counsel for Defendants* |

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR

2

National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672

**[PROPOSED] ORDER**

It is so ORDERED.

Dated this _____ day of _____, 2025.

                                                 _____
                                                 JAMES L. ROBART
                                                 United States District Judge

STIPULATION FOR AN EXTENSION OF TIME
2:23-cv-00499-JLR                                       3

National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672