Page 01

Withheld pursuant to exemption

(b)(3); (b)(5); (b)(6); (b)(7)(E)

Ex. A

Withheld pursuant to exemption

(b)(3); (b)(5); (b)(6); (b)(7)(E)

Page 02

Withheld pursuant to exemption

(b)(3); (b)(5); (b)(6); (b)(7)(E)

FL-2023-00061   A-00000788192   "UNCLASSIFIED"   6/25/2024   Page 4

## Yadira Clementina Morel
### Abogada

PLAZA METROPOLITANA
AVE. JONH F. KENNEDY
ESQ. ORTEGA Y GASSET
SUITE 313
SANTO DOMINGO, R.D.

TELEFONOS
(809) 412-1198
(809) 412-1199
FAX:
(809) 472-6879

September 29, 2011

W. Davies Sohier
Chief of Non Immigrant Visa Unit
Consular Section
United States Embassy

**RE: JULIO MIGUEL CURY DAVID**
   **VISA CANCELLATION**

Dear Mr. Sohier:

Undersigned counselor has been retained by Julio Miguel Cury David to represent him in his immigration case.

Mr. Cury's visa was cancelled June 13, 2011 and he would like to have the opportunity to discuss the situation with you.

Very truly yours,

Yadira C Morel



FL-2023-00061    A-00000788192    "UNCLASSIFIED"    6/25/2024    Page 6

**Embassy of the United States of America**

Sección Consular
Santo Domingo, R.D.
13 de junio de 2011

Señor
Julio Miguel Cury David

Estimado Sr. Cury:

Por este medio le comunicamos que su visa tipo B1/B2 ha sido cancelada en fecha 10 de junio de 2011 por el Departamento de Estado de los Estados Unidos en Washington.

Debemos también indicarle que no debe hacer uso de su visado que ha sido cancelado ya que las autoridades de Inmigración de los Estados Unidos no le permitirán la entrada a territorio americano.

Atentamente,

Cónsul
Unidad de Visa de No-Inmigrante