District Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JULIO CURY, *et al.*, | * | Civil Action No.: 2:23-cv-00499-JLR |
| | * | |
| Plaintiffs, | * | |
| | * | ORDER DENYING DEFENDANT'S |
| v. | * | MOTION FOR SUMMARY JUDGMENT |
| | * | **[PROPOSED]** |
| DEPARTMENT OF STATE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*

UPON CONSIDERATION OF Defendant's Motion for Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that the Motion is **DENIED**.

_____
James L. Robart
United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT [PROPOSED]
(2:23-cv-00499-JLR)

1

National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672