District Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JULIO CURY, *et al.*, | * | Civil Action No.: 2:23-cv-00499-JLR |
| | * | |
| Plaintiffs, | * | |
| | * | ORDER GRANTING PLAINTIFFS' |
| v. | * | CROSS-MOTION FOR SUMMARY |
| | * | JUDGMENT |
| DEPARTMENT OF STATE, | * | **[PROPOSED]** |
| | * | |
| Defendant. | * | |
| | * | |
| *    *    *    *    *    *    * | | |

UPON CONSIDERATION OF Plaintiffs' Cross-Motion for Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that the Motion is **GRANTED**.

_____
James L. Robart
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT [PROPOSED]
(2:23-cv-00499-JLR)

National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672

1