The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIOR CURY and TAKAO YAMADA,<br><br>       Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF STATE, and DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendant. | Case No. 2:23-cv-00499-JLR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**PLEASE TAKE NOTICE** that Assistant United States Attorney Nickolas Bohl hereby withdraws from this case. Katie D. Fairchild, Assistant United States Attorney for the Western District of Washington, will remain as counsel of record.

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:23-cv-00499-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 DATED this 8th day of July, 2025.

2         Respectfully submitted,

3         TEAL LUTHY MILLER
        Acting United States Attorney

4

5 *s/ Nickolas Bohl*
        NICKOLAS BOHL, WSBA No. 48978
        Assistant United States Attorney

6         United States Attorney's Office
        Western District of Washington

7         700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271

8         Phone: 206-553-7970
        Fax:    206-553-4067

9         Email: nickolas.bohl@usdoj.gov

10         *Attorneys for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF WITHDRAWAL OF COUNSEL        UNITED STATES ATTORNEY
[Case No. 2:23-cv-00499-JLR] - 2        700 STEWART STREET, SUITE 5220
        SEATTLE, WASHINGTON 98101
        (206) 553-7970