# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JULIO CURY, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>           Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-0499JLR |

\_\_\_\_ **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' claims, and this action, are DISMISSED with prejudice.  (*See* 7/29/25 Order (Dkt. # 44); 8/13/25 Order (Dkt. # 46).)

Filed this 13th day of August, 2025.

                                                RAVI SUBRAMANIAN
                                                Clerk of Court

                                                s/ Ashleigh Drecktrah
                                                Deputy Clerk