UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Julio Cury and Takao Yamada

Plaintiff(s),

v.

Department of State

Defendant(s).

NOTICE OF CIVIL APPEAL

Case No 2:23-cv-00499-JLR

District Court Judge
James L. Robart

Notice is hereby given that Julio Cury and Takao Yamada
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Judgment
(Name of Order/Judgment)

entered in this action on 08/13/2025 .
(Date of Order)

Dated: 10/13/2025 .

Kelly B. McClanahan
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

/s/ Kelly McClanahan

Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1